**Order entered September 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

Because appellant did not provide written verification that the reporter's record had been requested as ordered by the Court, we ordered these appeals submitted without a reporter's record. Nine days later, the reporter's record was filed.

Before the Court is appellant's September 25, 2018 motion asking the Court to reconsider its ruling. We **GRANT** appellant's motion and **VACATE** that portion of our September 10, 2018 order that ordered these appeals submitted without the reporter's record.

After reviewing the reporter's record, we note that State's Exhibit 1, a DVD containing the body camera video, offered and admitted during the hearing on appellant's motion to suppress, was not filed with the reporter's record and has not been filed in a supplemental

reporter's record.  We **ORDER** court reporter Lisabeth Kellet to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 1 **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**.

Appellant's brief is **DUE** October 10, 2018.

/s/     LANA MYERS
        JUSTICE